**STATE of Missouri, Respondent,**

v.

**Brett E. WILLIAMS, Appellant.**

**Brett E. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 48195, WD 49877.**

Missouri Court of Appeals,
Western District.

March 28, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM.

A jury convicted Brett Williams of two counts of delivering a controlled substance. He appeals the convictions and the denial of his Rule 29.15 motion for postconviction relief. We affirm the judgment of convictions and the denial of the postconviction relief. Rules 30.25(b) and 84.16(b).